# Court of Appeals
# of the State of Georgia

ATLANTA,    May 27, 2014

*The Court of Appeals hereby passes the following order:*

**A14A1453.  RANDALL GORDON v. ARLENE T. ABRAHAMS.**

This appeal was docketed in this Court on April 9, 2014. Appellant requested and received two extensions of time in which to file Appellant's brief and was advised that no further extensions of time would be granted. Appellant's brief, including enumeration of errors, was due to be filed no later than May 9, 2014. To date, appellant has not filed a brief and enumeration of errors.  Accordingly, Case Number A14A1453 is hereby DISMISSED for Appellant's failure to file a brief and enumeration of errors in support of his appeal.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,* 05/27/2014
     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
          *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen                    , *Clerk.*